FOWLER-CURTIS COMPANY, Respondent, v. CHARLES STONE DEAN, Appellant. — Order unanimously affirmed, with ten dollars costs and disbursements.

DENIS E. FOLEY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Order unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. DELMIA FORTUNE and Others, Claimants, Respondents, v. THOUSAND ISLAND YACHT CLUB and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN J. HERNE and Others, Claimants, Respondents, v. J. P. LEWIS COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. GRACE L. HANIFEE, Claimant, Respondent, v. UNITED STATES ALUMINUM COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

G. EDWARD LAING and Others, Appellants, v. THE STATE OF NEW YORK, Respondent.— Judgment reversed on the law and new trial granted, with costs to the appellants to abide the event. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. KATHERINE MEEHAN, Claimant, Respondent, v. DUTTON LUMBER COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

ISMAEL MONTVILLE, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs, on the authority of O'Flaherty v. Nassau Electric R. R. Co. (34 App. Div. 74) and Hogan v. Manhattan R. Co. (149 N. Y. 23).

Before STATE INDUSTRIAL BOARD, Respondent. EMANUEL NATHAN, Claimant, Respondent, v. ALUMINUM DIE CASTING CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

ANNA V. NETTER, Respondent, v. DAVID W. SQUIRE, Appellant.— Judgment unanimously affirmed, with costs.

MAUDE W. ADAMS O'ROURKE, Appellant, v. EDWARD E. PERKINS and Another, Respondents.— Stay continued until argument and determination of appeal.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN O'NEIL, Claimant, Respondent, v. ROBINS DRY DOCK AND REPAIR COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ELSIE PAULSEN, Claimant, Respondent, v. TRUSTEES OF THE ESTATE OF WILLIAM BEARD and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

GRANT PARKS, Appellant, v. ANNA RAYMOND, Respondent.— Judgment and order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MALONE, Appellant.— Judgment of conviction unanimously affirmed.